THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED 17 APR -3 AM 10:55
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AD
DEPUTY CLERK

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for GUARANTY BANK,<br><br>*Plaintiff,*<br><br>v.<br><br>RBS SECURITIES INC.,<br><br>*Defendant.* | Civil Action No. 14-cv-126-SS |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for GUARANTY BANK,<br><br>*Plaintiff,*<br><br>v.<br><br>DEUTSCHE BANK SECURITIES INC. and GOLDMAN, SACHS & CO.,<br><br>*Defendants.* | Civil Action No. 14-cv-129-SS |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT APPENDIX B TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGEMENT

On this the 3rd day of April, 2017, there was presented to the Court by counsel for Defendants Goldman, Sachs & Co. ("Goldman Sachs") and Deutsche Bank Securities Inc. ("DBSI") (which, along with Goldman Sachs, is defendant in Case No. 14-cv-129), and RBS Securities Inc. ("RBS") (which is defendant in Case No. 14-cv-126) (collectively, "Defendants")

unopposed motion to Supplement Appendix B to Defendants' Motion for Partial Summary Judgment.[1] After considering the Motion, the Court finds the Motion should be granted.

IT IS ORDERED that Defendants' Motion to Supplement Appendix B to Defendants' Motion for Partial Summary Judgment is GRANTED.

Signed the 3rd day of April 2017.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* Case No. 1:14-cv-00126-SS, Dkt. No. 71-2; Case No. 1:14-cv-00129-SS; Dkt. No. 90-2.