IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for GUARANTY BANK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 14-cv-126-SS |
| RBS SECURITIES INC., | § § § | |
| Defendant. | § § | |

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for GUARANTY BANK, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 14-cv-129-SS |
| GOLDMAN, SACHS & CO., and DEUTSCHE BANK SECURITIES INC., | § § § § | |
| Defendants. | § | |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff Federal Deposit Insurance Corporation as Receiver for Guaranty Bank files this notice of change of address as required by local rule AT-9.

The mailing address of attorneys David J. Grais, Kathryn E. Matthews and Lourdes M. Slater, of the firm Grais & Ellsworth, LLP, has changed. It is now:

950 Third Avenue, 24th Floor
New York, New York 10022

All other contact information remains the same.

| Dated: August 22, 2017 | Respectfully submitted, |
|---|---|
| | */s/ R. Paul Yetter* |
| Of Counsel: | R. Paul Yetter |
| | State Bar No. 22154200 |
| David J. Grais (pro hac vice) | pyetter@yettercoleman.com |
| dgrais@graisellsworth.com | Collin J. Cox |
| Kathryn E. Matthews (pro hac vice) | State Bar No. 24031977 |
| kmatthews@graisellsworth.com | ccox@yettercoleman.com |
| GRAIS & ELLSWORTH, LLP | Bryce L. Callahan |
| 950 Third Avenue, 24th Floor | State Bar No. 24055248 |
| New York, New York 10022 | bcallahan@yettercoleman.com |
| (212) 755-0100 | YETTER COLEMAN LLP |
| (212) 755-0052 (Fax) | 909 Fannin Street, Suite 3600 |
| | Houston, Texas 77010 |
| | (713) 632-8000 |
| | (713) 632-8002 (Fax) |

**ATTORNEYS FOR PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR GUARANTY BANK**

**Certificate of Service**

I certify that on August 22, 2017, a true and correct copy of this pleading was served via the Court's CM/ECF notification system on all counsel of record.

/s/ *Bryce L. Callahan*
Bryce L. Callahan