IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP 14  PM 1: 19

**FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
GUARANTY BANK,**
        **Plaintiff,**

-vs-

**RBS SECURITIES INC.,**
        **Defendant.**

CAUSE NO.:
A-14-CA-126-SS

## <u>ORDER</u>

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically Defendant RBS Securities Inc.'s Motion for Partial Summary Judgment [#71], Plaintiff Federal Deposit Insurance Corporation (FDIC)'s Response [#82] in opposition, and Defendant's Reply [#87] in support. Having reviewed the documents, the governing law, and the file as a whole, the Court now enters the following opinion and order.

The above-referenced motion and responses were filed concurrently in this and related case *FDIC v. Goldman, Sachs & Co et al.*, No. 1:14-CV-129-SS. For the reasons articulated in the Court's order issued in the related case, the declining principal balance method should be used in calculating damages under Article 581-33(D)(3) of the Texas Securities Act, and the appropriate interest rate is six percent per year.

### Conclusion

Accordingly,

    IT IS ORDERED that Defendant's Motion for Partial Summary Judgment [#71] is GRANTED IN PART and DENIED IN PART as described in this opinion.



SIGNED this the 14th day of September 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE